1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| ANTONIA M., | | Case No.: 20cv75-MSB |
|---|---|---|
| | Plaintiff, | |
| v. | | **ORDER GRANTING JOINT MOTION FOR VOLUNATRY REMAND AND REMANDING ACTION TO THE SOCIAL SECURITY ADMINISTRATION FOR FURTHER PROCEEDINGS** |
| ANDREW SAUL, | | |
| | Defendant. | **[ECF NO. 19]** |

On January 10, 2020, Plaintiff Antonia M. filed a civil Complaint against Defendant Acting Commissioner of Social Security, Andrew Saul, seeking judicial review of the denial of her application for social security disability and supplemental security income benefits.  (ECF No. 1.)  The parties now jointly move to remand this action to the Social Security Administration for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  (See ECF No. 19.)  The parties contend that "[t]he purpose of the remand is to offer Plaintiff a new decision."  (Id. at 1.)

///
///
///

Upon due consideration, the Court **GRANTS** the parties' joint motion and **REMANDS** this action to the Social Security Administration for further administrative proceedings consistent with the terms set forth in the parties' joint motion. Judgment is entered in favor of Plaintiff and against Defendant, reversing the final decision of the Commissioner. The Court **DIRECTS** the Clerk of Court to close the case.

**IT IS SO ORDERED.**

Dated: May 15, 2020

Honorable Michael S. Berg
United States Magistrate Judge