UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIA M., <br><br>　　　　　　　　　　Plaintiff, <br><br>v. <br><br>ANDREW SAUL, <br><br>　　　　　　　　　　Defendant. | Case No.:  20cv75-MSB <br><br>**ORDER GRANTING JOINT MOTION FOR THE AWARD OF EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920** <br><br>[ECF NO. 21] |

　　　　Presently before the Court is the parties' "Joint Motion for the Award and Payment of Attorney Fees and Expenses Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) and Costs Pursuant to 28 U.S.C. § 1920." (J. Mot., ECF No. 21.)  Having considered the Joint Motion and the applicable law, the Court finds the request to be reasonable and appropriate, and **GRANTS** the Joint Motion.

/ / /

/ / /

/ / /

/ / /

Accordingly, **IT IS ORDERED** that fees and expenses in the amount of $1,891.25, consisting of $1,875.00 in fees and $16.25 in expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and zero costs under 28 U.S.C. § 1920, be awarded subject to the terms of the Joint Motion.

**IT IS SO ORDERED.**

Dated: July 21, 2020

Honorable Michael S. Berg
United States Magistrate Judge